**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------
JOHN TAYLOR ,

                         Plaintiff,

      v.                                      No. 1:08-CV-180
                                                    (GTS/DRH)

JOHN GRANT, et al.,

                        Defendants.
-------------------------------------------------------------------

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled. Counsel has also advised Judge Homer that no infant or incompetent is a party to this action. Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

    **ORDERED** that:

    1.    The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty (30) days of the date of the filing of this judgment upon a showing that the settlement was not consummated;

    2.    The dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this judgment <u>unless</u> any party moves to re-open this case within thirty (30) days of the date of the filing of this judgment upon a showing that the settlement was not consummated; and

3. The Clerk shall forthwith serve this Judgment upon the attorneys for the parties appearing in this action by electronic mail.

**IT IS SO ORDERED.**

DATED: February 17, 2009
       Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge